UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JET PARTS ENGINEERING, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>QUEST AVIATION SUPPLY, INC., and BRENT K. de RUYTER and JANE DOE de RUYTER, and the marital community comprised thereof,<br><br>    Defendants. | Case No. C15-0530RSM<br><br>ORDER GRANTING MOTIONS TO FILE UNDER SEAL |

  THIS MATTER comes before the Court on Defendants' Motion to Seal (Dkt. #51) and Plaintiff's Joinder in Defendants' Motion to Seal (Dkt. #58). The Court has reviewed the motions, along with the remainder of the record, and now finds good cause to GRANT the motions. The documents identified below contain information that is proprietary in nature and could be harmful to the parties' business if made public. Further, to the extent the documents could be redacted, the parties have publicly filed such documents, allowing public access to the nature of the documents, while protecting the specific confidential information at issue in these motions.

  Accordingly, it the Court hereby ORDERS:

1. Defendants' Motion to Seal (Dkt. #51) and Plaintiff's Joinder into Defendants' Motion to Seal (Dkt. #58) are GRANTED.

ORDER - 1

2. The following documents shall REMAIN UNDER SEAL:

- Defendants' unredacted Motion for Summary Judgment (Dkt. #52);

- Exhibits H, I, J, K, L, M and T to the Declaration of Brent K. deRuyter in support of Defendants' Motion for Summary Judgment (Dkt. #53);

- Exhibits A and B to the Declaration of Brendan Mangan In Support of Defendants' Motion for Summary Judgment (Dkt. #55);

- Plaintiff's unredacted Response to Defendants' Motion for Summary Judgment (Dkt. #64);

- Exhibits C, D, E, I, J, K and L to the Declaration of Christopher H. Howard (Dkt. #67);

- Exhibit A to the Declaration of Anu Goel (Dkt. #66); and

- Exhibits C and D to the Declaration of Nadim Fattaleh (Dkt. #65).

DATED this 24 day of January, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2